**Sergei PORTNOY, Plaintiff–Appellant,**

v.

**Edward J. McNAMARA, Counsel;
Washington Mutual Bank FA,
Defendants–Appellees.**

No. 06–16062.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Sergei Portnoy, Woodland, CA, pro se.

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Barnett's request for a hearing is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Edward J. McNamara, Esq., Washington Mutual Bank, Office of the General Counsel, Chatsworth, CA, for Defendants–Appellees.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Sergei Portnoy appeals pro se from the district court's judgment entering the award of an arbitrator and dismissing Portnoy's action alleging that Washington Mutual Bank violated various federal and California state laws while handling his account. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Poweragent, Inc. v. Elec. Data Sys. Corp.*, 358 F.3d 1187, 1193 (9th Cir.2004), and we affirm.

The district court properly entered the arbitrator's award and dismissed the action after determining the arbitrator had an adequate justification for denying Portnoy's claim. *Id.* at 1193 ("[A]n arbitration award may be vacated only if it is completely irrational or constitutes manifest

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

disregard of the law.") (internal quotations omitted).

**AFFIRMED.**